# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM BURCH,           )
           )
    Plaintiff,       )
           )
   v.           )    Case No. 06-CV-1030-JPG
           )
CHAMPION LABORATORIES, INC.,   )
           )
    Defendant.    )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter comes before the Court on defendant's motion to consolidate this case into *Champion Laboratories, Inc. v. Burch*, Case No. 06-4031 (S.D. Ill) (Doc. 49). Plaintiff has responded to this motion (Doc. 51) and with that response, requested a bifurcated trial. Defendant opposes plaintiff's request for a bifurcated trial.

For the reasons stated in defendant's motion, and pursuant to Federal Rule of Civil Procedure 42, the motion to consolidate is **GRANTED**. This matter is consolidated into Case No. 06-4031-JPG. All future pleadings in the matter shall be filed in Case No. 06-4031-JPG. The Court **RESERVES RULING** on Burch's request for a bifurcated trial.

**IT IS SO ORDERED.**
**Dated: March 5, 2007.**

           **s/ J. Phil Gilbert**
           **J. PHIL GILBERT**
           **U.S. District Judge**