UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHAMPION LABORATORIES, INC.,

      Plaintiff,

   v.                                                                           Case No. 06-cv-4031 -JPG

WILLIAM G. BURCH,

      Defendant.
_____                                Consolidated with:

WILLIAM G. BURCH,                                                       Case No. 06-cv-1030-JPG

      Plaintiff,

   v.

CHAMPION LABORATORIES, INC.,

      Defendant.

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 101) pursuant

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this

case. Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a

stipulation. Therefore, the Court finds that this action is **DISMISSED with prejudice** and

without costs and **DIRECTS** the Clerk of Court to enter judgment accordingly.


**IT IS SO ORDERED.**
**DATED: September 8, 2008**

                                     s/ J. Phil Gilbert
                                     **J. PHIL GILBERT**
                                     **DISTRICT JUDGE**