UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHAMPION LABORATORIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM G. BURCH, <br><br> Defendant. | Case No. 06-cv-4031 -JPG |
| WILLIAM G. BURCH, <br><br> Plaintiff, <br><br> v. <br><br> CHAMPION LABORATORIES, INC., <br><br> Defendant. | Consolidated with: <br><br> Case No. 06-cv-1030-JPG |

## **JUDGMENT**

This matter having come before the Court, and all parties having stipulated to dismissal, IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**NORBERT JAWORSKI, CLERK**

Dated: September 8, 2008        s/Brenda K. Lowe, Deputy Clerk


**Approved:   s/J. Phil Gilbert**
**          DISTRICT JUDGE**